

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTICT OF PENNSYLVANIA

CARDIONET, INC.,

      Plaintiff,

        v.

MEDNET HEALTHCARE .,
TECHNOLOGIES, INC. ET AL.

      Defendants

NO. 2:12-CV-02517-JS

## STIPULATION TO EXTEND TIME TO ANSWER PLAINTIFF'S COMPLAINT

Plaintiff CARDIONET, INC. ("CARDIONET") and defendant AMI CARDIAC
MONITORING, INC. ("AMI"), by and through their undersigned attorneys hereby stipulate that
defendant AMI shall have an extension of until June 28, 2012 to answer, assert affirmative
defenses and cross-claim.

This is the first extension agreed to by the parties.

DILWORTH PAXSON LLP

_James J. Rodgers_
James J. Rodgers
1500 Market Street
Philadelphia PA 19102

Counsel for Plaintiff CARDIONET, INC.

THE CHARTWELL LAW OFFICES LLP

_Joseph J. Hamill, Jr._
Joseph J. Hamill, Jr.
1735 Market Street
Philadelphia PA 19103   **ENTERED**

Counsel for Defendant AMI CARDIAC   JUN - 6 2012
MONITORING, INC.   **CLERK OF COURT**

So Ordered:

_____