IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARDIONET, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-2517 |
| | : | |
| MEDNET HEALTHCARE TECHNOLOGIES, INC., et al. | : | |

# ORDER

AND NOW, this 15th day of November, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED the parties' disputes regarding the claim terms submitted for construction are resolved as follows:

U.S. Patent No. 7,212,850

- The term "measure of correlation" does not require construction beyond its ordinary meaning as used in the patent.

- The term "selectively presenting the information based on a measure of correlation" does not require construction beyond its ordinary meaning as used in the patent.

U.S. Patent No. 7,907,996

- The term "based on the human assessment" does not require construction beyond its ordinary meaning as used in the patent.

- The term "subset" means "less than all (i.e. no more than a proper subset)."

U.S. Patent No. 6,569,095

- The term "selecting [a revised warning limit]" does not require construction beyond its ordinary meaning as used in the patent.

- The term "physiological characteristic" means "a physiological characteristic measurable using a sensor."

- The term "measured value [of the physiological characteristic of the patient]" does not require construction beyond its ordinary meaning as used in the patent.

U.S. Patent No. 7,587,237

- The term "measure of merit" means "a valuation applied to a particular purpose."

- The term "discarding [information]" means "not permanently storing [information] or erasing [information]."

U.S. Patent No. 7,941,207

- The term "ventricular beat detector" means "hardware and/or software running on a processor that identifies ventricular beats."

- The term "in light of the variability in the beat-to-beat timing caused by ventricular beats" does not require construction beyond its ordinary meaning as used in the patent.

                                              BY THE COURT:

                                              _/s/ Juan R. Sánchez_
                                              Juan R. Sánchez, J.