UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARDIONET, LLC | : | |
| | : | |
|     Plaintiff and Counterdefendant, | : | |
|     and | : | |
| | : | |
| BRAEMAR MANUFACTURING, LLC, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | Civil Action No. 12-02517 |
| | : | |
| MEDNET HEALTHCARE TECHNOLOGIES, INC., HEARTCARE CORPORATION OF AMERICA, UNIVERSAL MEDICAL INC., and UNIVERSAL MEDICAL LABORATORY, INC., | : | |
| | : | |
|     Defendants and Counterclaimants, and | : | |
| | : | |
| MEDTEL 24, INC., RHYTHMWATCH, LLC, and AMI CARDIAC MONITORING, INC., | : | |
| | : | |
|     Defendants. | : | |

**JOINT MOTION FOR LEAVE TO FILE MOTIONS *IN LIMINE*,
ACCOMPANYING MEMORANDA, AND RESPONSES UNDER SEAL**

Defendants Mednet Healthcare Technologies, Inc., Heartcare Corporation of America, Universal Medical Inc., Universal Medical Laboratory Inc., MedTel24, Inc., RhythmWatch, LLC, and AMI Cardiac Monitoring, Inc. (collectively "Defendants") and Plaintiffs CardioNet, LLC and Braemar Manufacturing, LLC (collectively "Plaintiffs") jointly seek leave to file their motions *in limine*, accompanying memoranda, responses, and exhibits that contain either

Defendants' or Plaintiffs' Highly Confidential Information under seal, and in support thereof state as follows:

1. On January 10, 2013, pursuant to the Court's Fourth Amended Scheduling Order (D.I. 129), both Plaintiffs and Defendants will file one or more motions *in limine* containing, and appending as exhibits, information which has been designated as Highly Confidential pursuant to the Protective Order (D.I. 45) entered in this action.

2. In this case, the interests in sealing are compelling. The sealing aims to prevent the public disclosure of highly sensitive information of both Plaintiffs and Defendants including but not limited to information regarding their confidential business operations, financials, and the operation of the accused system and services.

3. Accordingly, Plaintiffs and Defendants jointly respectfully request permission to file their motions *in limine*, accompanying memoranda, responses, and exhibits that contain either Defendants' or Plaintiffs' Highly Confidential Information under seal.

Dated: January 6, 2014

Respectfully Submitted:

By: */s/ Andrew J. Koopman*
    Benjamin E. Leace
    Andrew J. Koopman
    Christopher H. Blaszkowski
    RATNERPRESTIA
    1235 Westlakes Drive
    Suite 301
    Berwyn, PA  19312
    610 407 0700

    *Attorneys for Defendants*

By: */s/ James J. Rodgers*
    James J. Rodgers
    **DILWORTH PAXSON LLP**
    Jrodgers@dilworthpaxson.com
    1500 Market St.
    Suite 3500E
    Philadelphia, PA 19102

    *Attorneys for Plaintiffs*

    **ROPES & GRAY LLP**
    Bradford J. Badke
    Ching-Lee Fukuda
    Khue V. Hoang
    1211 Avenue of the Americas
    New York, NY 10036-8704