

**Invoice**

4800 T-Rex Avenue
Suite #100
Boca Raton, Fl 33431

**Invoice #:** 2013942
**Date:** 10/31/2013
**Due Date:** 11/30/2013
**P.O. Number:**
**Rep:** DDP

PAID
11/22/2013

**Bill To**

Regional Monitoring, LLC
Dr. Maninder Bedi
6060 Turnberry Drive
Presto, PA 15142

**Ship To**

Regional Monitoring, LLC
Dr. Maninder Bedi
212 Wilson Ave.
Washington, PA 15301

| Description | Qty | Rate | Amount |
|---|---:|---:|---:|
| HeartrakSmart Wireless Event Monitor (1 year warranty) | 6 | 750.00 | 4,500.00T |
| Heartrak ECAT Telemetry Monitor (1 year warranty) | 4 | 2,500.00 | 10,000.00T |
| Shipping & Handling | | 150.00 | 150.00 |
| Sales Tax | | 7.00% | 1,015.00 |

**Total** $15,665.00

**Payments/Credits** $-15,665.00

**Balance Due** $0.00

Phone # 561-208-0708    Fax # 561-995-0526    mieke@medtel24.com    www.medtel24.com