

**4800 T-Rex Avenue**
Suite #100
Boca Raton, Fl 33431

# Invoice

**Invoice #:** 2013941
**Date:** 10/31/2013
**Due Date:** 11/30/2013
**P.O. Number:**
**Rep:** HA

**PAID 11/25/2013**

**Bill To**

Southern Mississippi Heart Center
3704 Bienville Blvd, Ste B
Ocean Springs, MS 39564

**Ship To**

Southern Mississippi Heart Center
3704 Bienville Blvd
Ocean Springs, MS 39564
228 872 4040

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Heartrak ECAT Telemetry Monitor (1 year warranty) | 4 | 2,396.00 | 9,584.00T |
| Shipping & Handling | | 80.00 | 80.00 |
| Mississippi Sales Tax | | 7.00% | 670.88 |

**Total** $10,334.88

**Payments/Credits** $-10,334.88

**Balance Due** $0.00

Phone # 561-208-0708     Fax # 561-995-0526     mieke@medtel24.com     www.medtel24.com