IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARDIONET, LLC, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-2517 |
| | : | |
| MEDNET HEALTHCARE TECHNOLOGIES, INC., et al. | : | |

## **ORDER**

AND NOW, this 22nd day of July, 2015, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant MedTel24, Inc.'s Motion for Relief from Consent Judgment (Document 269) is DENIED.

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, J.